Sharon Maynard, OSB # 92584
SWANSON, THOMAS & COON
820 SW Second Ave., Suite 200
Portland, Oregon 97204
Telephone: (503) 228-5222
Fax: (503) 273-9175
Email: smaynard@stc-law.com
   Of Attorneys for Plaintiff

FILED'06 APR 10 16:35USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**NORMA A. VAUTHER,**          Civil No.04-1645-JO

    Plaintiff          **ORDER**

    v.

**JO ANNE B. BARNHART,**
Commissioner, Social Security
Administration,

    Defendant

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $3,894.37, costs in the amount of $ 165.10, and expenses in the amount of $ 55.85, for a total of $4,115.32 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412.

DATED this _____10_____ day of ___April___, 2006.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

_____
SHARON MAYNARD
Attorney for Plaintiff

ORDER